TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00487-CV
 
 




 

 

J. M. and A. G., Appellants

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 




 
 
 FROM THE 207th
 District Court OF Hays COUNTY
 NO. 2011-1242,
 The Honorable William Henry, JUDGE
 PRESIDING
 
 




 

 


 
 
                                                                      O
 R D E R
  
 PER CURIAM
 Appellant A. G. filed her notice of appeal on July 16, 2012.  The appellate record was complete August 13, 2012, making appellant=s brief due September 4, 2012. To date, appellant=s
 brief has not been filed.
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule requires greater
 compliance with briefing deadlines. 
 Therefore, we order Mr. Luis I. Cuellar to file appellant=s brief no later than September 24, 2012.  If the brief is not filed by that date,
 counsel may be required to show cause why he should not be held in contempt
 of court.
 It is ordered on September 7,
 2012.
  
 Before
 Justices Puryear, Pemberton and Henson